IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
MAR 19 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–01–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JONATHAN MARTINEZ DE LA LUZ, | |
| Defendant. | |

A telephonic status conference was held in this matter on March 19, 2020. Based on the Court's discussion with the parties, it appears that the issues identified in the Court's March 17, 2020 Order, (*see* Doc. 29), are not of concern in this case.

Accordingly, IT IS ORDERED that the February 12, 2020 Scheduling Order (Doc. 28) shall remain in place pending any further developments. Counsel for the defendant shall immediately notify the Court of an intent to proceed to trial.

DATED this 19th day of March, 2020.

Donald W. Molloy, District Judge
United States District Court